# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**GRASS VALLEY INVESTMENT GROUP I,**

**Plaintiff,**

**DIAMOND SPRINGS INVESTMENT GROUP II,**

**Plaintiff,**

**WEAVERVILLE INVESTMENT GROUP I,**

**Plaintiff,**

**HOLLISTER INVESTMENT GROUP II,**

**Plaintiff,**

**RAMONA INVESTMENT GROUP II,**

**Plaintiff,**

**Nos. 04-1284C, 04-1302C, 04-1320C, 04-1297C, 04-1259C, 04-1315C, 04-1287C, 04-1305C - ADR Pilot**
**Filed: May 18, 2005**
**cc: Judge Bush, Judge Baskir, Judge Firestone**

**PIXLEY INVESTMENT GROUP** *

**Plaintiff,** *

**BRAWLEY I INVESTMENT GROUP,** *

**Plaintiff,** *

**BRAWLEY II INVESTMENT GROUP,** *

**Plaintiff,** *

**v.** *

**UNITED STATES** *

**Defendant.** *

* * * * * * * * * * * * * * * * * * *

**O R D E R**

On May 13, 2005, an ADR status conference was held in the three lead ADR cases, Grass Valley Investment Group I v. United States, Diamond Springs Investment Group II v. United States, and Weaverville Investment Group I v. United States. At that conference, the parties discussed the progress of the ADR proceedings in these and related cases. The plaintiff suggested that the parties might benefit from an in-person conference at this juncture in the ADR proceeding.

The parties and the court have scheduled the next status conference at the Court of Federal Claims on **Tuesday, May 24, 2005 at 2:30 p.m.** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005 in the 7th Floor Conference Room. Counsels for plaintiff and defendant shall appear in person. Both parties should be prepared to further discuss the progress of ADR in the above-captioned cases, as well as the next steps in the ADR process for the other similar cases.

The court commends the parties for their cooperation, hard work, and progress achieved in the lead ADR cases. The undersigned remains available to assist the parties at any time and looks forward to an appropriate, alternative resolution of the related cases. A copy of this order is being provided to the presiding trial judges.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**