# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

GRASS VALLEY INVESTMENT GROUP I,

Plaintiff,

DIAMOND SPRINGS INVESTMENT GROUP II,

Plaintiff,

WEAVERVILLE INVESTMENT GROUP I,

Plaintiff,

HOLLISTER INVESTMENT GROUP II,

Plaintiff,

RAMONA INVESTMENT GROUP II,

Plaintiff,

**Nos. 04-1284C, 04-1302C, 04-1320C, 04-1297C, 04-1259C, 04-1315C, 04-1287C, 04-1305C - ADR Pilot**

**Filed: October 17, 2005**

**PIXLEY INVESTMENT GROUP,**

**Plaintiff,**

**BRAWLEY I INVESTMENT GROUP,**

**Plaintiff,**

**BRAWLEY II INVESTMENT GROUP,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

## O R D E R

An ADR status conference was held in the above-captioned cases on October 17, 2005. At the conference, counsel for both parties indicated that negotiations were progressing positively. The court commends the parties for their continued cooperation, hard work, and progress achieved in the three lead ADR cases, Grass Valley Investment Group I v. United States, No. 04-1284C, Diamond Springs Investment Group II v. United States, No. 04-1302C, and Weaverville Investment Group I v. United States, No. 04-1320C. As discussed with the parties during the conference, on or before **Friday, October 21, 2005**, the plaintiff shall provide chambers with a list of all related cases filed to date. During the conference, the parties stated that they intend to meet on November 9, 2005 to continue discussions. The court, therefore, **SCHEDULES** the next status conference for **Monday, November 14, 2005, at 10:30 a.m. EST.** Counsel for both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiffs' counsel at (612) 305-4444 and defendant's counsel at (202) 305-7561. A copy of this order is being provided to the presiding trial judges.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**