# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| GRASS VALLEY INVESTMENT GROUP I, | |
| Plaintiff, | |
| DIAMOND SPRINGS INVESTMENT GROUP II, | |
| Plaintiff, | Nos. 04-1284C, 04-1302C, 04-1320C, 04-1297C, 04-1259C, 04-1315C, 04-1287C, 04-1305C - ADR Pilot |
| WEAVERVILLE INVESTMENT GROUP I, | Filed: November 14, 2005 |
| Plaintiff, | |
| HOLLISTER INVESTMENT GROUP II, | |
| Plaintiff, | |
| RAMONA INVESTMENT GROUP II, | |
| Plaintiff, | |

PIXLEY INVESTMENT GROUP, *
Plaintiff, *
BRAWLEY I INVESTMENT GROUP, *
Plaintiff, *
BRAWLEY II INVESTMENT GROUP, *
Plaintiff, *
v. *
UNITED STATES, *
Defendant. *

* * * * * * * * * * * * * * * * * *

**O R D E R**

An ADR status conference was held in the above-captioned cases on November 14, 2005. At the conference, counsel for both parties indicated that negotiations were progressing positively, but that an in person conference/mini-trial opportunity with the ADR judge may be beneficial to resolving an outstanding issue. Therefore, as discussed with the parties during the conference, on or before **Monday, December 19, 2005**, the parties shall file an ADR status report indicating the progress of settlement discussions and whether an in person conference would be helpful. If such a conference is deemed appropriate, it will be scheduled for **Wednesday, January 18, 2006 at 9:30 a.m. EST** at the Howard T. Markey National Courts Building, 717 Madison Place NW, Washington, D.C., 20005. Counsel for both parties shall appear in person. A copy of this order will be provided to the presiding trial judges.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**