# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * *

**GRASS VALLEY INVESTMENT GROUP I,**

**Plaintiff,**

**DIAMOND SPRINGS INVESTMENT GROUP II,**

**Plaintiff,**

**WEAVERVILLE INVESTMENT GROUP I,**

**Plaintiff,**

**HOLLISTER INVESTMENT GROUP II,**

**Plaintiff,**

**RAMONA INVESTMENT GROUP II,**

**Plaintiff,**

**PIXLEY INVESTMENT GROUP,**

**Plaintiff,**

**BRAWLEY I INVESTMENT GROUP,**

**Plaintiff,**

**BRAWLEY II INVESTMENT GROUP,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**Nos. 04-1284C, 04-1302C, 04-1320C, 04-1297C, 04-1259C, 04-1315C, 04-1287C, 04-1305C - ADR Pilot**

**Filed: January 19, 2006**

# O R D E R

An ADR conference was held in the above-captioned cases on January 18, 2006. At the conference, counsel for both parties indicated that negotiations were progressing positively. Therefore, as discussed with the parties during the conference, the court schedules an ADR conference for **Monday, February 13, 2006 at 9:30 a.m. EST** at the Howard T. Markey National Courts Building, 717 Madison Place NW, Washington, D.C., 20005. Counsel for both parties shall appear in person. Before the conference, counsel are scheduled to confer and exchange information on the several key issues identified during the January 18, 2006 ADR conference. A copy of this order will be provided to the presiding trial judges.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**