# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * 

**GRASS VALLEY INVESTMENT GROUP I,**

**Plaintiff,**

**DIAMOND SPRINGS INVESTMENT GROUP II,**

**Plaintiff,**

**WEAVERVILLE INVESTMENT GROUP I,**

**Plaintiff,**

**HOLLISTER INVESTMENT GROUP II,**

**Plaintiff,**

**PIXLEY INVESTMENT GROUP,**

**Plaintiff,**

**BRAWLEY I INVESTMENT GROUP,**

**Plaintiff,**

**BRAWLEY II INVESTMENT GROUP,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * 

**Nos. 04-1284C, 04-1302C, 04-1320C, 04-1297C, 04-1315C, 04-1287C, 04-1305C**
**ADR Pilot Program**

**Filed: March 8, 2007**

## O R D E R

An ADR Status Conference was held in the above-captioned cases on March 7, 2007. At the conference, the parties discussed the current status of the on-going settlement initiative. Plaintiffs' counsel noted the anxiety amongst a number of the plaintiffs, the recent death of a plaintiff, and commented on the advanced age of a number of the plaintiffs. The undersigned recognizes the need for review of this complex, proposed settlement by all counsel, while at the same time urging that all parties bring this matter to

conclusion. The proposal was the result of excellent work by all who participated and was the subject of intense, issue-by-issue negotiation.

In order to be able to update all parties on the progress of review, and as discussed at the conference, on or before **Wednesday, March 14, 2007**, defendant shall file another status report on settlement progress. To discuss the parties' further progress, the court **SCHEDULES** a follow-up ADR Conference for **Tuesday, March 20, 2007, at 3:00 p.m. EDT**. Unless otherwise informed, the court will contact plaintiffs' counsel Mr. Eckland and Mr. Blando at (612) 236-0169; plaintiffs' counsel Mr. Snider and Mr. Roberts at (612) 766-7816; defendant's counsel Mr. Brilliant and Mr. Kessler and agency counsel Ms. Peden and Mr. Anderson, all at (202) 616-8275. On or before **Monday, March 19, 2007, at 12:00 p.m. EDT**, the attorneys of record shall inform chambers personnel, at (202) 357-6580, of the addition or deletion of participants, or any change in telephone numbers for the March 20, 2007 ADR Conference. The undersigned remains available to confer with the parties at any time prior to the conference. This order is being provided to the presiding trial judges in the above-captioned lead ADR cases, and may similarly be provided to any interested plaintiffs or Department of Justice and Department of Agriculture personnel.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**