**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

GRASS VALLEY INVESTMENT GROUP I,

Plaintiff,

DIAMOND SPRINGS INVESTMENT GROUP II,

Plaintiff,

WEAVERVILLE INVESTMENT GROUP I,

Plaintiff,

HOLLISTER INVESTMENT GROUP II,

Plaintiff,

PIXLEY INVESTMENT GROUP,

Plaintiff,

BRAWLEY I INVESTMENT GROUP,

Plaintiff,

BRAWLEY II INVESTMENT GROUP,

Plaintiff,

v.

THE UNITED STATES

Defendant.

Case Nos. 04-1284C, 04-1302C, 04-1320C, 04-1297C, 04-1315C, 04-1287C, 04-1305C

ADR Pilot Program
(Judge Marian Blank Horn)

**JOINT STATUS REPORT**

The parties respectfully submit the following Joint Status Report pursuant to the Court's Order of April 23, 2007.

Since the last status conference with the Court, the parties have diligently continued their efforts to commence implementation of the settlement agreement in these matters. For example, on April 24, 2007, the parties' attorneys, along with counsel from USDA's Office of General Counsel, and a representative from USDA, participated in an in-person meeting with the principals of Cushman and Wakefield in Chicago, Illinois. The purpose of the meeting was to discuss and agree upon Cushman's protocols and methodology for commencing, conducting, and reporting the Market Rent Studies for these cases. The meeting was deemed productive by all parties and a tentative schedule for commencement of a test batch of market rent studies was agreed upon, contingent upon the parties' successful completion of the identification of all plaintiffs and properties that will comprise Exhibit A to the settlement agreement.

Since the April 24, 2007 meeting, the parties have used their best efforts to finalize Exhibit A. This effort has entailed exchanging and reviewing numerous spreadsheets consisting of nearly 2000 data points, and holding near-daily, extensive teleconferences among counsel for each side and USDA. Many issues, such as numerous project names and addresses, have been resolved to the satisfaction of both parties. At this time, however, there remain a small number of important and meaningful identification issues that must be resolved before Exhibit A can be agreed upon.

At this time, the parties continue to work very hard to finalize Exhibit A and are hopeful that the entire effort can be resolved during the next week. Once completed, the final settlement agreement will be executed, a copy of the information contained in Exhibit A will be provided to Cushman, and the commencement of Market Rent Studies will proceed forthwith.

The parties have conferred regarding the filing of this document, and counsel for defendant has authorized counsel for plaintiffs to represent that defendant concurs in the contents of this Joint Status Report and all of the representations set forth therein.

Dated: May 11, 2007

**Filed Electronically**

Respectfully submitted,

**s/ Jeff H. Eckland**

JEFF H. ECKLAND
Mark J. Blando, Of Counsel
ECKLAND & BLANDO LLP
500 Lumber Exchange
10 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 236-0160
Facsimile: (612) 236-0179

Jerry W. Snider, Of Counsel
William L. Roberts, Of Counsel
FAEGRE & BENSON LLP
2200 Wells Fargo Center
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

*Attorneys for Plaintiffs*